| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ramsaran Ramoutar <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5875 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Martha L. Camp <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4143 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–22715–ABA | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ramsaran Ramoutar                             Martha L. Camp

<u>8/7/18</u>                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Ramsaran Ramoutar  
Martha L. Camp  
    Debtors

Case No. 13-22715-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Aug 07, 2018  
                    Form ID: 3180W     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.

```
db/jdb         +Ramsaran Ramoutar,    Martha L. Camp,    521 Brian Ave.,    Millville, NJ 08332-4007
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
cr             +Ocwen Loan Servicing, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
513994128      +Association of Poinciana Villages, Inc.,    401 Walnut Street,    Poinciana, FL 34759-4329
514267936      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513994131       First Jersey Credit Union,    1 Corp. Dr.,    Wayne, NJ 07470
514063402      +GMAC Mortgage Corporation LLC,    KIVITZ MCKEEVER LEE, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
513994133      +Home Depot,    PO Box 790328,    St. Louis, MO 63179-0328
513994134      +Homeward Residential,    1525 S. Belt Line Rd.,    Coppell, TX 75019-4913
514049681       Homeward Residential, Inc.,    ZUCKER, GOLDBERG & ACKERMAN, LLC,
                 200 Sheffield Street, Suite 101,    P.O. Box 1024,    Mountainside, NJ 070920024
513994135      +Ocwen Loan Servicing,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
514087675      +Ocwen Loan Servicing, LLC,    Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
514209376      +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278
516552257       Ocwen Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
513994136      +Phelan Hallinan PLC,    2727 W. Cypress Creek Rd.,    Ft. Lauderdale, FL 33309-1721
513994139      +US Dept. of ED,    PO Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514188310      +E-mail/Text: bncmail@w-legal.com Aug 08 2018 00:02:24      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513994129       EDI: HFC.COM Aug 08 2018 03:19:00      Boscov’s,    PO Box 5893,    Carol Stream, IL 60197-5893
513994130      +EDI: CAPITALONE.COM Aug 08 2018 03:19:00      Capital One/Best Buy,    26525 N. Riverwoods B,
                 Mettawa, IL 60045-3440
513994132       EDI: RMSC.COM Aug 08 2018 03:19:00      GECRB/Home Design,    PO Box 965033,
                 Orlando, FL 32896-5033
514876067       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514876068       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514255783       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    c/o Projectline,
                 POB 41067,    Norfolk VA 23541
514784336      +EDI: PRA.COM Aug 08 2018 03:18:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
514784335      +EDI: PRA.COM Aug 08 2018 03:18:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513994137      +EDI: CHRYSLER.COM Aug 08 2018 03:19:00      TD Auto Finance,    5225 Crooks Rd. Ste. 1,
                 Troy, MI 48098-2823
513994138      +EDI: CITICORP.COM Aug 08 2018 03:19:00      THD/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*           +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
513994140*     +US Dept. of ED,    PO Box 5609,    Greenville, TX 75403-5609
513994141*     +US Dept. of ED,    PO Box 5609,    Greenville, TX 75403-5609
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin             Page 2 of 2            Date Rcvd: Aug 07, 2018
                              Form ID: 3180W          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing, LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ocwen Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    Ocwen Loan Servicing, LLC nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    GMAC Mortgage Corporation LLC
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Nathan Van Embden     on behalf of Debtor Ramsaran  Ramoutar nve@nvanembden.com,
               lstyles@nvanembden.com
              Nathan Van Embden     on behalf of Joint Debtor Martha L. Camp nve@nvanembden.com,
               lstyles@nvanembden.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 11
```