Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 13–22715–ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Ramsaran Ramoutar                                    Martha L. Camp
  521 Brian Ave.                                            521 Brian Ave.
  Millville, NJ 08332                                     Millville, NJ 08332

Social Security No.:
  xxx–xx–5875                                                  xxx–xx–4143

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 7, 2018                    Andrew B. Altenburg Jr.
                                              Judge, United States Bankruptcy Court